NUMBER 13-07-365-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: RENE GARCIA, JR.


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Rene Garcia, Jr., filed a petition for writ of mandamus in the above cause
on June 8, 2007. The Court requested that the real party in interest, Antonia Vallejo
Garcia, file a response, and such response was duly filed on June 22, 2007, along with a
motion for sanctions. Relator has also filed an unopposed motion to dismiss this original
proceeding. 

 We have carefully considered the motion for sanctions. Based on our review of the
pleadings and record, we find the motion is not frivolous. Nevertheless, the motion, as it
pertains to this original proceeding, is DENIED. We are confident that the trial court will
take any steps deemed necessary to ensure that the parties and their counsel strictly
comply with their ethical and professional obligations in further proceedings below. 

 We GRANT relator's motion to dismiss the original proceeding, and, accordingly,
this original proceeding is DISMISSED. 


 PER CURIAM



Memorandum Opinion delivered and filed

this 15th day of August, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).